B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Middle District of Alabama

In re  Sarah Perry                             ,   Case No. 15-31011
      Debtor
                                                  Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Alabama Housing Finance Authority

**Court claim no. (if known):** _____

**Last four digits** of any number you use to identify the debtor's account: __ __ 1 __ __

**Date of payment change:** 06/01/2015
Must be at least 21 days after date of this notice

**New total payment:** $ 619.24
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 135.86    New escrow payment: $ 135.05

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☑ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%    New interest rate: _____%

Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☑ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____    New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _[signature]_
Signature

Date 04/22/2015
mm/dd/yyyy

**Print:** Rob Griffith
First Name  Middle Name  Last Name

**Title** Bankruptcy Specialist

**Company** Alabama Housing Finance Authority/ServiSolutions

**Address** P. O. Box 242928
Number  Street

Montgomery, AL  36124-2928
City  State  ZIP Code

**Contact phone** (334) 244-4348

**Email** rgriffith@servsol.com

```
TRIAL ESCROW ANALYSIS AS OF 05/31/15. LOAN                    04/22/15 10:50
   BILLING N/A:  SARAH I PERRY
                 3487 SOUTHMONT DR
                 MONTGOMERY AL 36105

PROPERTY ADDR:   3487 SOUTHMONT DR
                 MONTGOMERY AL 36105

      LOAN TYPE: F.H.A.

                                PRESENT           NEXT      NEW    PMT  REQUIRED
TYP SQ EXPENSE ITEM   DUE  TERM  DEPOSIT EST      DISB      DEPOSIT EL  BALANCE
310 07 MIP RBP        04/16 12    22.93 00      256.44       21.37 02     42.74
312 01 COUNTY TAX     11/15 12     3.71 00       49.20        4.10 06     24.60
351    HAZARD INS     03/16 12   109.58 00     1315.00      109.58 02    219.16
MIN    MIN BAL ADJ                     00                                 59.10-

         P&I          484.19                ESCROW BAL              806.33
   ESCROW PMT         135.05         1.17-
   SPREAD AMT           0.00   0 MOS      -  REQUIRED               227.40
      REP RES           0.00              =  OVERAGE                578.93
          A&H           0.00   ESTIMATE         SHORTAGE  SPREAD
         LIFE           0.00   LATE CHG  NO     DLQ OVG   LEAVE
        OTHER           0.00   CASH BASIS ANALYSIS  MIN-BAL   0.000
    TOTAL PMT         619.24         1.17-       BILLS PAID AFTER PMT
```

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a true and correct copy of the foregoing Notice of Payment Change to the parties listed below by placing a copy of the same in the United States Mail first-class, postage prepaid, on this the 22nd day of April, 2015.

/s/Rob Griffith
Rob Griffith
Bankruptcy Specialist

Sarah Perry
3487 Southmont Drive
Montgomery, AL 36105

Richard D. Shinbaum
PO Box 201
Montgomery, AL 36101

Curtis C. Reding
PO Box 173
Montgomery, AL 36101