The relief described hereinbelow is SO ORDERED

Done this 1st day of April, 2016.



*Dwight H. Williams, Jr.* signature

**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

**SARAH PERRY**     **Chapter 13**
                    **Case No. 15-31011-DHW**

    **Debtor**

## AGREED ORDER CONDITIONALLY DENYING RELIEF FROM THE AUTOMATIC STAY

This matter having been set for hearing on March 14, 2016 upon the Motion for Relief from the Automatic Stay of Alabama Housing Finance Authority ("AHFA"), seeking relief from the automatic stay imposed by 11 U.S.C. §362(a) as it relates to the enforcement of the lien against property described as 3487 Southmont Drive, Montgomery, Alabama 36105, in Exhibit "A" of the Motion for Relief filed with the Court on February 23, 2016 ("Property"). Notice of the hearing was given. Based upon the consent of the parties, it is hereby

**ORDERED, ADJUDGED AND DECREED** the motion is denied conditionally.

**IT IS FURTHER ORDERED,** Debtor shall pay AHFA all post-petition payments (consisting of the November 2015 through March 2016 payments at $619.24 each), and all late charges in the amount of $99.08 that are due as of this date, plus the attorney's fees of $500.00 and costs of $176.00, which totals $3,871.28.

**IT IS FURTHER ORDERED,** Debtor has paid $1,860.00 directly to AHFA. Debtor's remaining post-petition arrearage of $2,011.28 shall be placed in Debtor's Chapter 13 plan. Debtor's payments to the Chapter 13 Trustee are set at $85.00 BI-WEEKLY and the fixed payment to AHFA shall be $43.00.

**IT IS FURTHER ORDERED,** should AHFA fail to receive any regular monthly payments from Debtor (beginning April 2016) within the calendar month in which such payment comes due upon a twenty (20) day prior written notice of default to Debtor and Debtor's attorney, the stay will lift automatically without further order of this Court, and AHFA, its successors and/or assigns, are authorized to pursue applicable non-bankruptcy remedies with regard to the Property.

**IT IS FURTHER ORDERED,** this Order survives the dismissal, conversion and/or reinstatement of this bankruptcy case.

###END OF ORDER###

This Order was reviewed and agreed to by Counsel for Debtor and Trustee.

Order Drafted by:
Bowdy J. Brown
Sasser, Sefton & Brown, P.C.
Post Office Box 4539
Montgomery, AL  36103-4539
(334) 532-3400
bbrown@sasserlawfirm.com