UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: SARAH PERRY                                    CASE NO: 15-31011-DHW
3487 SOUTHMONT DR
MONTGOMERY, AL 36105

Soc. Sec. No. XXX-XX-3894
Debtor.

## INCOME WITHHOLDING ORDER

TO: KOCH FOODS OF ALABAMA LLC
ATTN PAYROLL
1300 W HIGGINS RD STE 100
PARK RIDGE, IL 60068

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that KOCH FOODS OF ALABAMA LLC withhold from the wages, earnings, or other income of this debtor the sum of **$85.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**
**15-31011-DHW SARAH PERRY**
**P O BOX 613108**
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, August 9, 2016.

cc: Debtor                                    */ s / Dwight H. Williams Jr.*
    Debtor's Attorney                         Dwight H. Williams Jr.
                                              United States Bankruptcy Judge