IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

SARAH PERRY
SSN: XXX-XX-3894

Debtor(s)

Case No. 15-31011-DHW
Chapter 13

### TRUSTEE'S NOTICE OF WITHDRAWAL OF TRUSTEE MOTION TO DISMISS ON DOCKET #34

COMES NOW, the Trustee, and hereby gives notice of withdrawal of TRUSTEE MOTION TO DISMISS ON DOCKET #34 previously filed in this case.

Respectfully submitted Friday, October 14, 2016.

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Acting Chapter 13 Trustee

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Withdrawal of TRUSTEE MOTION TO DISMISS ON DOCKET #34 on the parties listed below by placing the same in the United States Mail, postage prepaid and properly addressed, or by electronic mail with the court, Friday, October 14, 2016.

copy to: Debtor(s)
Debtor(s) Attorney

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Acting Chapter 13 Trustee